FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT - 5 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

DUNCAN J. McNEIL,

        Plaintiff,

vs.

WRIT #02-0002, et al.,

        Defendants.

No.   CV-05-291-AAM

**ORDER OF DISMISSAL**

This action was transferred here from the United States District Court for the District of Columbia. The "verified complaint" filed by the plaintiff appears identical to the complaint involved in CV-05-200-AAM which was also transferred here from the District of Columbia. Indeed, the transfer order in the captioned case is identical to the transfer order in 05-200-AAM, even bearing the same date (June 9, 2005). For reasons set forth in the "Order of Dismissal" entered in 05-200-AAM (Ct. Rec. 5), the captioned action is also **DISMISSED with prejudice.**[1]

**IT IS SO ORDERED.** The District Executive shall forward a copy of this order to plaintiff McNeil.

        **DATED** this ____ of October, 2005.

        _____
        ALAN A. McDONALD
        Senior United States District Judge

---

[1] It appears there is a pending appeal by the plaintiff in 05-200-AAM.

**ORDER OF DISMISSAL -**         **1**